**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: PRESTON M. TAYLOR            §        Case No. 16-82000
       GALE G. TAYLOR               §
                                    §
           Debtor(s)                §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 08/23/2016.

2) The plan was confirmed on 07/28/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 09/06/2017, 10/13/2017.

5) The case was dismissed on 10/13/2017.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $51,650.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 6,473.71 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 6,448.71 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 528.58 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,528.58 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| CARMAX AUTO FINANCE | Uns | 0.00 | 10,963.94 | 0.00 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK | Sec | 29,000.00 | 38,369.34 | 38,369.34 | 1,920.13 | 0.00 |
| MAYA AUTO REPAIR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 942.00 | 242.06 | 242.06 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 64.62 | 64.62 | 0.00 | 0.00 |
| ABBBHH OUTPATIENT GROUP | Uns | 333.00 | NA | NA | 0.00 | 0.00 |
| ACCEPTANCE NOW | Uns | 4,322.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED FOOT & ANKLE CLINIC | Uns | 381.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MED CENTER | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN PEDIATRIC SPECIALTY | Uns | 31.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE LAB PHYSICIANS | Uns | 185.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN WEB LOAN | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 260.00 | 2,143.96 | 2,143.96 | 0.00 | 0.00 |
| ATG CREDIT LLC | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| CARDIOVASCULAR ASSOCIATES | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| CASHNETUSA | Uns | 650.00 | 872.47 | 872.47 | 0.00 | 0.00 |
| CASTLEPAYDAY.COM | Uns | 300.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTEGRA MEMORIAL MEDICAL | Uns | 3,620.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PHYSICIAN CARE | Uns | 155.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CHASE / CARDMEMBER SERVICES | Uns | 10,380.00 | NA | NA | 0.00 | 0.00 |
| CLOUD 9 MARKETING | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE | Uns | 362.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 411.00 | 411.61 | 411.61 | 0.00 | 0.00 |
| COMPUTER CREDIT INC | Uns | 136.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 159.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 410.00 | 411.36 | 411.36 | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 735.00 | 2,207.32 | 2,207.32 | 0.00 | 0.00 |
| EDWARD NOAKES III DDS | Uns | 481.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 428.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL | Uns | 250.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| HSBC NV | Uns | 85.00 | NA | NA | 0.00 | 0.00 |
| THE ILLINOIS TOLLWAY | Uns | 4,342.00 | 18,003.80 | 18,003.80 | 0.00 | 0.00 |
| LAW OFFICES OF MARGARET | Uns | 2,820.00 | NA | NA | 0.00 | 0.00 |
| MARENGO DENTAL | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| MB FINANCIAL BANK | Uns | 3,029.00 | NA | NA | 0.00 | 0.00 |
| MBNA AMERICA | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY COUNTY ORTHOPEDIC | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 190.00 | NA | NA | 0.00 | 0.00 |
| MINUTEMAN DIAGNOSTIC OF IL | Uns | 57.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERV | Uns | 191.00 | NA | NA | 0.00 | 0.00 |
| MY QUICK FUNDS | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN PLAINS FUNDING LLC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| NORTHWAY FINANCIAL CORP | Uns | 460.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 641.00 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN FINANCIAL | Uns | 1,215.00 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Uns | 1,215.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL CONSULTANTS OF | Uns | 278.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL RECOVERY SERVICES | Uns | 800.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| REGIONAL RECOVERY SERV | Uns | 800.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RJM ACQUISITIONS LLC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| SCHAUMBURG TOWNSHIP DIST | Uns | 161.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 304.00 | NA | NA | 0.00 | 0.00 |
| SHEFFIELD MANOR CONDO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Uns | 3,803.00 | NA | NA | 0.00 | 0.00 |
| TARGET FINANCE | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| THE AFFILIATED GROUP | Uns | 641.00 | NA | NA | 0.00 | 0.00 |
| US BANK HOME MORTGAGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 2,487.00 | 517.22 | 517.22 | 0.00 | 0.00 |
| VILLAGE OF HOFFMAN ESTATES | Uns | 400.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 192.00 | 230.61 | 230.61 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WIDE OPEN WEST SETTLEMENT | Uns | 194.00 | NA | NA | 0.00 | 0.00 |
| WOODSTOCK DENTAL ASSOCIATES | Uns | 595.00 | NA | NA | 0.00 | 0.00 |
| WOW CABLE | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | 710.85 | 710.85 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 2,440.11 | 2,440.11 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 482.63 | 482.63 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 38,369.34 | $ 1,920.13 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 38,369.34 | $ 1,920.13 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 242.06 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 242.06 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 33,096.56 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 4,528.58 | |
| Disbursements to Creditors | $ 1,920.13 | |
| **TOTAL DISBURSEMENTS:** | | $ 6,448.71 |

UST Form 101-13-FR-S (9/1/2009)

12)    The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  12/14/2017           By:  /s/ Lydia S. Meyer
                                 Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)